JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JACQUES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 21-0171 PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Reopening Case,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff and this action is dismissed with prejudice.

DATED: May 8, 2023

　　　　　　　　　　　　　　　　　　　　　*/s/ Pedro V. Castillo*

　　　　　　　　　　　　　　　　　　　　PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE